# ELECTRONIC RECORD

COA # 14-13-00144-CR

OFFENSE: Murder

STYLE: Hermilo Moralez v The State of Texas

COUNTY: Brazoria

COA DISPOSITION: Affirmed

TRIAL COURT: 300th District Court

DATE: November 4, 2014   Publish: Yes

TC CASE #:63639

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hermilo Moralez v The State of Texas

CCA # _____

__APPELLANT'S__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: **1592-14**

___refused_____

DATE: _____

DATE: _Feb. 25, 2015_____

JUDGE: _____

JUDGE: _PC_____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**